PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas



FILED
2015 JAN -8 PM 3:40
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____AD
           DEPUTY

### Report on Offender Under Supervision

**Name of Offender:** Shawn Paul Martinez            **Case Number:** A-12-CR-047(1)-SS

**Name of Sentencing Judicial Officer:** Honorable Sam Sparks, United States District Judge

**Date of Original Sentence:** August 31, 2012

**Original Offense:** Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C)

**Original Sentence:** Sentenced to forty (40) months custody in the U.S. Bureau of Prisons, to be followed by a three (3) year term of supervised release. Special conditions included participate in substance abuse treatment, participate in mental health treatment, take all medication as prescribed, financial disclosure, search and seizure, alcohol abstinence, and pay a $100 special assessment.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** August 5, 2014

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 3**: "The defendant shall refrain from any unlawful use of a controlled substance."

**Violation Standard Condition No. 7**: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

Shawn Paul Martinez
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On October 17, 2014, the offender submitted a urine specimen which tested positive for amphetamines. On November 26, 2014, the offender submitted a Pharchem sweat patch which returned positive for methamphetamine. On December 18, 2014, the offender reported to the U.S. Probation Office to address the above noted specimens. During the office visit, the offender admitted to having used methamphetamine on a total of three occasions. According to the offender, his use started in November 2014, and continued through December 2014. The offender did not specifically recall the use of methamphetamine in October 2014; however, he did not challenge the test results. The offender signed the Admit/Denial choice, admitting to the use of methamphetamine. Prior to leaving the office, the offender submitted a urine specimen, which also returned positive for amphetamines.

**U.S. Probation Officer Action:** As a result of this violation, changes have been made to the offender's treatment plan to address his relapse. Martinez has verbalized a desire to continue treatment and regain his sobriety. As the offender is currently participating in substance abuse treatment, this officer respectfully requests that no action be taken so that the offender may have the opportunity to participate and benefit from substance abuse treatment.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Patricia A. Whitson
U.S. Probation Officer
Date:  December 30, 2014

Approved:

Dwayne Jones
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[✓]   No Action

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

Honorable Sam Sparks
U.S. District Judge
1-7-15
Date